Argued May 17, affirmed May 22, reconsideration denied July 26, petition for review denied November 15, 1978

KONGAS, *Petitioner,*

*v.*

EMPLOYMENT DIVISION et al, *Respondents.*

(No. 78-AB-80, CA 10116)

578 P2d 507

Vince Salvi, Certified Law Student, Portland, argued the cause for petitioner. With him on the brief was Richard A. Slottee, Northwestern Legal Clinic, Portland.

Catherine Allan, Assistant Attorney General, Salem, argued the cause for respondent Employment Division. With her on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

No appearance for respondent University of Portland.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Gredvig v. Employment Div.,* 24 Or App 511, 546 P2d 791 (1976).